Michaela M. Stagnaro, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* RIGGENBACH, APPELLANT.

[Cite as *State v. Riggenbach,* 128 Ohio St.3d 338, 2010-Ohio-6336.]

(No. 2010–1532—Submitted December 14, 2010—Decided December 29, 2010.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Fischer*, 128 Ohio St.3d 92, 2010-Ohio-6238, 942 N.E.2d 332.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

Shane Riggenbach, pro se.